435 A.2d 635

Casciano, Appellant v. Casciano.

 Argued February 18, 1981. Henry S. Perkin, for
appellant; F. P. Kimberly McFadden, for appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

The order of September 22, 1980 is affirmed on the
comprehensive opinion of the Honorable Robert A. Freed-
berg, Judge of the Court of Common Pleas of Northampton
County.